**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SAUNDRA POWELL,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

CASE NO. 2:12-cv-12955

HON. MARIANNE O. BATTANI

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING DEFENDANT'S MOTION TO REMAND, REVERSING THE FINDINGS OF THE COMMISSIONER, AND REMANDING THE MATTER FOR FURTHER REVIEW**

Plaintiff Saudra Powell filed the instant action for judicial review of the denial of her application for disability insurance benefits and supplemental security income on July 5, 2012. In accordance with 28 U.S.C. § 636(b)(1)(B), the matter was assigned to Magistrate Judge Michael Hluchaniuk for review. After Powell filed a motion for summary judgment and the Commissioner filed a motion to remand, the Magistrate Judge issued a Report and Recommendation ("R&R") advising that Powell's motion be granted in part, Commissioner's motion be granted, the findings of the Commissioner be reversed, and the matter remanded for further proceedings. (R&R at 2).

In the R&R, the Magistrate Judge informed the parties that objections to the R&R must be filed within "14 days of service" of a copy hereof and a "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (R&R at 28). Neither party filed any objections.

Because no objections have been filed in this case, the parties waive their right to *de novo* review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's report and recommendation, **GRANTS IN PART** Plaintiff's motion for summary judgment, **GRANTS** Defendant's motion to remand, **REVERSES** the findings of the Commissioner, and **REMANDS** the matter for further review.

**IT IS SO ORDERED.**

    s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE


DATE: July 17, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record via ordinary U.S. Mail or the Court's ECF Filing System.

s/Bernadette M. Thebolt
Case Manager